| | |
|---|---|
| PROB 22 (Rev. 01/24) | **DOCKET NUMBER** *(Tran. Court)*<br>1:12-CR-00389-01-AT |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)*<br>2:25-cr-00058-JAD-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Shawn Lavon Brown<br>203 Breezy Shore Ave.<br>North Las Vegas, NV 89031 | Northern District of Georgia | Atlanta |
| | **NAME OF SENTENCING JUDGE**<br>Amy Totenberg | |
| | **DATES OF PROBATION/SUPERVISED RELEASE** **FROM** 12/29/2023 | **TO** 12/28/2026 |

**OFFENSE**
Conspiracy to Commit Wire Fraud, Aggravated Identity Theft

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Currently residing in the District of Nevada and does not plan to return to the Northern District of Georgia.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 7, 2025
*Date*

*Amy Totenberg*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/19/2025
*Effective Date*

*United States District Judge*