# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

SHAWN LAVON BROWN,

          Defendant.

Case No. 2:25-cr-00058-JAD-EJY

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 9, 2025 at 10:00 a.m., be vacated and continued to September 8, 2025, at the hour of 2:00 p.m.

DATED this 7th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

3